# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| David Buckingham,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Banner Health Long-Term Disability Plan, et al.,<br><br>　　　　　Defendants. | No. CV10-01700-PHX-ROS<br><br>**ORDER** |

　　　Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 23), and good cause appearing,

　　　**IT IS ORDERED** the above-entitled action is dismissed with prejudice, all parties to bear their own attorneys' fees and costs.

　　　Dated this 7th day of April, 2011.

_____
Roslyn O. Silver
Chief United States District Judge